# FORMAN HOLT ELIADES & RAVIN LLC
## ATTORNEYS AT LAW

Charles M. Forman**
Michael E. Holt**
Daniel M. Eliades*
Stephen B. Ravin**
Erin J. Kennedy***
Joseph M. Cerra**
Kim R. Lynch**
William L. Waldman**
David S. Catuogno***
Harry M. Gutfleish**
Kristin T. Mihelic****
Kimberly J. Salomon**
Robert H. Johnson***
Jonathan S. Bodner***
Dipesh Patel**

OF COUNSEL
Ann M. LaCarrubba***
William A. Calandra*

MEMBER NJ & PA BAR*
MEMBER NJ & NY BAR**
MEMBER NJ BAR***
MEMBER NY & PA BAR****

www.formanlaw.com
firm@formanlaw.com

REPLY TO PARAMUS

March 4, 2010

**Via ECF & First Class Mail**
To: All Parties on the Annexed Service List

RE:    Kearny Industrial Associates, LP
       Case No.: 07-10169(NLW)

Dear Sir/Madam:

Please be advised that the hearing on the Trustee's Motion to Sell Real Property pursuant to §363 has been adjourned until March 22, 2010 at 9:00 a.m. Please mark your calendars accordingly.

Very truly yours,

David S. Catuogno
DSC/dmm

cc:    Charles M. Forman, Trustee

M:\CMF\KEARNY INDUSTRIAL\LTRS\ALLP-LTR7.doc

Waters McPherson, McNeill
300 Lighting Way
P.O. Box 1560
Secaucus, NJ 07096

NJ Dept. of Environmental Protection
P.O. Box 402
Trenton, NJ 08625

US EPA
Region 2
290 Broadway
New York, NY 10007-1866

Quality Tax Holdings
c/o Scarinici & Hollenbeck, LLC
1100 Valley Brook Avenue
Lyndhurst, NJ 07071

David W. Reger, Esq.
Bressler Amery & Ross
P.O. Box 1980
Morristown, NJ 07962

Fortunato Realty LLC
Backenroth Frankel & Krinsky
489 Fifth Avenue
New York, NY 10017

Lower Passaic RiverStudy Area Site Coop.
Kirkpatrick & Lockhart Preston Gates
One Newark Center – 10th Floor
Newark, NJ 07102

Quality Tax Holdings, LLC
c/o Backenroth Frankel & Krinsky
489 Fifth Ave.
New York, NY 10017

GHC Co., In Liquidation
c/o Steven R. Gray, Esq.
Waters McPherson, McNeill, P.C.
300 Lighting Way
Secaucus, NJ 07096

United States of America:
Jerome W. MacLaughlin
U.S. Dept. of Justice
P.O. Box 7611
Washington, D.C. 20044

New Jersey Department Of
Environmental Protection
PO Box 402
Trenton, NJ 08625

Meridian Engineering Group Inc.
Brian W. Papocchia
33 Wood Avenue South; Seventh Floor
Iselin, NJ 08830

Internal Revenue Service
PO Box 744
Springfield, NJ 07081

Office Of The Attorney General
State of NJ Dept/Law & Public Safety
R.J. Hughes Justice Complex
25 Market St
Trenton, NJ 08625

State Of New Jersey Dept Of Treasury
Division Of Taxation
PO Box 288
Trenton, NJ 08695-0288

State of NJ, Dept. of Env. Protection
Richard J. Hughes Justice Complex
25 Market Street
PO Box 093
Trenton, NJ 08625

Goldberg, Mufson & Spar, PA
200 Executive Drive
West Orange, NJ 07052

Ravin Greenberg, PC
101 Eisenhower Parkway
Roseland, NJ 07068

State of New Jersey
PO Box 245
Trenton, NJ 08695

Joseph Casello, Esq.
Collins, Vella & Casello
1451 Highway 34 South – S303
Farmingdale, NJ 07727

Michael J. Connolly, Esq.
Bressler, Amery &Ross
325 Columbia Turnpike
Florham Park, NJ 07932

Kronish Lieb Weiner & Hellman, LLP
Attn: Lawrence C. Gottleb, Esq.
1114 Avenue of the Americas
New York, NY 10036

Kearny Industrial Associates, LP
40 Marshall St.
Kearny, NJ 07032

Bederson & Co., LLP
405 Northfield Ave.
West Orange, NJ 07052

Bederson & Company
347 Mt. Pleasant Avenue
West Orange, NJ 07052

Demetrius & Company
155 US Highway Route 46
Wayne, NJ 07470

Farer Fersko
600 South Ave.
PO Box 580
Westfield, NJ 07091

S&A Realty Corp.
c/o Fox Rothchild LLP
997 Lenox Drive
Building 3
Lawrenceville, NJ 08648

Laura J. Wadleigh
Castano Quigley LLC
1120 Bloomfield Ave.
West Caldwell, NJ 07007

Jay R. Indyke
Kronish Lieb Weiner & Hellman LLP
1114 Avenue of the Americas
Att: Lawrence C. Gottlleb, Esq.
New York, NY 10036

| | | |
|---|---|---|
| Michael Naughton<br>Wilson Elser Moskowitz Eldelman & Dicker<br>33 Washington Street – 18th Floor<br>Newark, NJ 07102 | Mr. Ivan S. Rosalsky<br>198 Highland Avenue<br>Montclair, NJ 07042 | Rosalsky Family Trust<br>c/o Ivan Rosalsky<br>40 Marshall Street<br>Kearny, NJ 07032 |
| Sharp's Furniture, Inc.<br>44 Passaic Avenue<br>Kearny, NJ 07032 | United States Trustee<br>1 Newark Ctr, S2100<br>Newark, NJ 07102 | US EPA<br>Region 2<br>290 Broadway<br>New York, NY 10007-1866 |
| Gregory J. Castano<br>Castano Quigley LLC<br>1120 Bloomfield Ave.<br>West Caldwell, NJ 07007 | John F. Dickinson, Jr.<br>Deputy Attorney General<br>Dept. of Law & Public Safety<br>Division of Law<br>Richard J. Hughes Justice Comp.<br>PO Box 093<br>Trenton, NJ 08625-0093 | |